UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff/Respondent, | ) | Criminal Action No. 2: 07-83-DCR |
| | ) | Civil Action No. 2: 09-7085-DCR |
| V. | ) | |
| | ) | |
| YAWISH AUCHI, | ) | **MEMORANDUM ORDER** |
| | ) | **AND OPINION** |
| Defendant/Petitioner. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court for consideration of the Report and Recommendation (R&R) of Magistrate Judge J. Gregory Wehrman, issued December 9, 2009. The R&R recommends that the United States' motion to dismiss the Petitioner Yawish Auchi's collateral attack on his sentence be granted and that the Petitioner's motion to vacate his sentence be denied. [Record No. 270] By Order dated December 29, 2009, the Court extended the time within which the Petitioner could respond to the R&R. However, Petitioner Auchi has failed to file a timely response. Having considered this matter, the Court will grant the United States' motion, adopt the Magistrate Judge's R&R and dismiss Auchi's petition.

While this Court must make a *de novo* determination of those portions of the Magistrate Judge's recommendations to which an objection is made, 28 U.S.C. § 636(b)(1)(c), "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Moreover, a party who fails to file

objections to a Magistrate Judge's proposed findings of fact and recommendation waives the right to appeal.  *See United States v. Branch*, 537 F.3d 582, 587 (6th Cir. 2008); *Wright v. Holbrook*, 794 F.2d 1152, 1154-55 (6th Cir. 1986).  Nevertheless, having examined the record and having made a *de novo* determination, the Court agrees with the Magistrate Judge's recommendations concerning disposition of the petition.

As outlined in the R&R, the Petitioner expressly waived the right to appeal and the right to file a collateral attack of his guilty plea, conviction and sentence through paragraph 7 of his Plea Agreement with the government.  The Sixth Circuit has expressly upheld the validity of such waivers.  *Davila v. United States*, 258 F.3d 448, 451 (6th Cir. 2001).  And any argument that the Petitioner's plea was unknowing or involuntary is refuted by the terms of the Plea Agreement as well as the colloquy with the Court during which the guilty plea was accepted.  Likewise, the fact that the Petitioner now faces deportation does not alter the Court's analysis.  Accordingly, it is hereby

**ORDERED** as follows:

1. The Report and Recommendation of Magistrate Judge J. Gregory Wehrman [Record No. 270] is **ADOPTED** and **INCORPORATED** by reference.

2. The United States' Motion to Dismiss [Record No. 268] is **GRANTED**.

3. The motion to vacate filed by Petitioner Yawish Auchi [Record No. 257] is **DENIED** and this matter is **DISMISSED** from the Court's docket.

This 20th day of January, 2010.

